**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KYISHA JONES,

    Plaintiff,

v.                                                                Case No. 14-12107

JEH JOHNSON, SECRETARY,
DEPARTMENT OF HOMELAND SECURITY,
ET AL.,

    Defendants.
                                                                         /

**ORDER STAYING ALL PROCEEDINGS FOR 60 DAYS AND TERMINATING
PENDING MOTIONS**

On May 20, 2015 the court held a telephonic status conference with the parties to discuss related, ongoing state criminal proceedings against Plaintiff Kyisha Jones. During the status conference the parties informed the court that Plaintiff's state criminal trial is currently scheduled for September 21, 2015.[1] In the interest of judicial efficiency and because a number of the claims before this court arise from facts at issue in the criminal case, the parties and the court agree that this civil action should be stayed pending the outcome of the state criminal proceedings. Additionally, because the outcome of the state court proceeding will impact issues addressed in currently pending motions, those motions (Dkt. ## 20, 29) will be terminated.  Parties will be able to file updated motions when the state criminal proceedings are concluded and this stay has been lifted. For those reasons,

---

[1]The parties shall update the court staff telephonically or by email with the status of the state prosecution by September 25, 2015.

IT IS ORDERED that all obligations, deadlines, and formal proceedings in this matter are STAYED for 60 days. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss and for Summary Judgment on Plaintiff's Amended Complaint (Dkt. # 20) and Plaintiff's Motion to Dismiss and/or for Judicial Review of the Certification Deeming Defendant Alexander R. McLellan to be Acting in the Scope of Federal Employment (Dkt. # 29) are TERMINATED WITHOUT PREJUDICE. The parties will have the opportunity to submit updated motions after the close of the state criminal proceedings.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 27, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522