UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYISHA JONES,

          Plaintiff,

v.                                                                       Case No. 14-12107

JEH JOHNSON, SECRETARY,
DEPARTMENT OF HOMELAND SECURITY,
et al.,

          Defendants.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss and for Summary Judgment" dated August 19, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Alexander McLellan, the United States, and Jeh Johnson, Secretary, Department of Homeland Security and against Plaintiff Kyisha Jones. Dated at Detroit, Michigan, this 19th day of August 2016.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                     S/ Lisa Wagner
                                             By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland