UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KYISHA JONES,

    Plaintiff,

v.                                                                   Case No. 14-12107

CHAD WOLF,

    Defendant.
_____/

**JUDGMENT**

In accordance with the "Opinion and Order Granting Defendant's Motion for Summary Judgment" entered on December 21, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Chad Wolf and against Plaintiff Kyisha Jones. Dated at Port Huron, Michigan, December 21, 2020.

                                                   DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                                 By: <u>s/Lisa Wagner</u>
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\14-12107.JONES.Judgment.RMK.docx